# IN THE SUPERIOR COURT OF THE STATE OF DELAWARE

Jose Carrillo Villagomez, Individually and as the Administrator of the Estate of Maria Guadalupe Carrillo Villagomez, Deceased,

        Plaintiff,

v.

St. Francis Hospital, Trinity Health A/K/A Trinity Health Mid-Atlantic, Megan M. Kelly, RN, Richard W. Leader, MD, Elizabeth Yasik, MD, Beth Ann Padalino, CRNA, Anas Abu-Khader, MD, Sophonie Noel, MD, Sara Laws, CRNA, and Justine Wright, CRNA,

        Defendant.

)
)
)
)
)
)
)   C.A. No.: N23C-09-007 FJJ
)
)
)
)
)
)
)
)
)
)

## ORDER REGARDING AFFIDAVIT OF MERIT

This 28th day of May, 2024, at the request of the Defendants St. Francis Hospital, Trinity Health A/K/A Trinity Health Mid-Atlantic ("St. Francis") and Richard W. Leader, MD ("Leader"), the Court has reviewed *in camera* Plaintiff's affidavits of merits pursuant to 18 *Del.C.* §6853(a)(3), and 6853(d). Having done so, the Court finds the following:

## AS TO RICHARD W. LEADER, M.D.

1. An expert witness has signed the affidavit of merit.
2. The affidavit is accompanied by a current *curriculum vitae* of the expert witness.

3. The expert witness who signed the Affidavit represents he is Board Certified in the appropriate field of medicine as to the claims against Leader.

4. The Affidavit indicates the expert witness was licensed to practice medicine as of the date of the Affidavit.

5. The Affidavit indicates the expert witness has been engaged in the treatment of patients and/or in the academic side of the fields of Obstetrics and Gynecology and Maternal Fetal Medicine for at least three years preceding the acts alleged in the Complaint.

6. The Affidavit includes an opinion that Leader breached the applicable standard of care in this case, and that this breach was the proximate cause of the injuries alleged in the Complaint.

7. The Affidavit, as to Leader, complies with the Requirements of §6853.

## AS TO ST. FRANCIS

8. An expert witness has signed the affidavit of merit.

9. The affidavit is accompanied by a current *curriculum vitae* of the expert witness.

10. The expert witness who signed the Affidavit represents he is Board Certified in the appropriate field of medicine as to the claims against St. Francis.

11. The Affidavit indicates the expert witness was licensed to practice medicine as of the date of the Affidavit.

12. The Affidavit indicates the expert witness has been engaged in the treatment of patients and/or in the academic side of the fields of Internal Medicine and Anesthesiology with a subspecialty in Critical Care for at least three years preceding the acts alleged in the Complaint.

13. The Affidavit includes an opinion that St. Francis breached the applicable standard of care in this case.

14. The Affidavit does <u>not</u> contain an opinion that the breach was the proximate cause of the injuries alleged in the Complaint. Therefore, the Affidavit does <u>not</u> comply with the requirements of 18 *Del.C.* §§6853(a)(1) and 6853(c).

15. Plaintiffs has forty-five (45) days from the date of this order to file an amended or supplemental Affidavit that complies with §6853. Absent such a filing of an Affidavit, the case to as St. Francis will be dismissed.

## AS TO REMAINING DEFENDANTS

16. The Court has undertaken a review of the Affidavits of Merit for the remaining defendants who have not previously requested such a review. Plaintiffs have submitted Affidavits of Merit for all remaining defendant that complies with §6853.

**IT IS SO ORDERED.**

*/s/ Francis J. Jones, Jr.*
Francis J. Jones Jr., Judge

cc:     File&ServeXpress